COM.

v.

HOWARD, G.

1177 EDA 2016

Superior Court of Pennsylvania.

7/10/2017

CP–23–CR–0007167–2014
(Delaware)

Reversed/Vacated/Remanded

COM.

v.

ALEXANDER, L.

1404 EDA 2016

Superior Court of Pennsylvania.

07/10/2017

CP–51–CR–0005336–2013
(Philadelphia)

Affirmed

COM.

v.

WILLIAMS, J.

1708 EDA 2016

Superior Court of Pennsylvania.

07/10/2017

CP–51–CR–0011845–2015 (Philadelphia)

Reversed/Vacated/Remanded

WALLACE, S.

v.

COMMUNITY EDUCATION CENTERS

2352 EDA 2016

Superior Court of Pennsylvania.

07/10/2017

15–009332 (Delaware)

Affirmed

COM.

v.

HOPKINS, P.

2912 EDA 2016

Superior Court of Pennsylvania.

07/10/2017

CP–51–CR–0003325–2008 (Philadelphia)

Appeal Dismissed